Robert **WESTLAKE,**
Employee/Respondent,

v.

**GENERAL MOTORS CORPORATION,**
Employer/Appellant.

No. 60369.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 10, 1992.

Brian J. Dean, Harlan & Harlan, St. Louis, for employer/appellant.

Michael R. Hanson, Law Office James and Dalton, Wentzville, for employee/respondent.

MEMORANDUM

PER CURIAM.

Employer appeals from the Missouri Labor and Industrial Commission award of permanent and total disability and future medical expenses to employee as a result of an occupational disease. The order of the administrative agency is supported by competent and substantial evidence on the whole record. No error of law appears. An opinion would have no precedential value. Award of the Commission is affirmed pursuant to Rule 84.16(b).